**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-4121**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES H. COLEMAN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-01-90)

_____

Submitted:  October 15, 2004          Decided:  October 25, 2004

_____

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

J. Dennis Murphy, Jr., J. DENNIS MURPHY, JR., P.A., Annapolis,
Maryland, for Appellant.  Thomas M. DiBiagio, United States
Attorney, David I. Salem, Assistant United States Attorney,
Greenbelt, Maryland, David Farnham, DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James H. Coleman appeals his conviction following his guilty plea to making a false statement to a federal agency, in violation 18 U.S.C. § 1001 (2000). Coleman was sentenced to a two-year term of probation. Because Coleman pleaded guilty and waived his right to appeal his sentence, he is foreclosed from appealing any non-jurisdictional issue. See United States v. Willis, 992 F.2d 489, 490 (4th Cir. 1993). Coleman argues that the district court was without subject matter jurisdiction because his conduct fell within the "judicial function" exception to making a false statement set forth in § 1001(b). Because Coleman was charged with, and convicted of, making a false statement to a federal agency, it is clear his conduct was not insulated from criminal liability by § 1001(b). Therefore, the district court properly possessed subject matter jurisdiction over Coleman's offense. See § 1001(a). Accordingly, we affirm Coleman's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED